UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARION BRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-cv-00763-CRS |
| | ) |
| SEDGWICK CLAIMS MANAGEMENT | ) |
| SERVICES, INC., and SEDGWICK | ) |
| NATIONAL APPEALS UNIT, | ) |
| | ) |
| Defendants. | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of Plaintiff, Marion Bruce, and Defendants, Sedgwick Claims Management Services, Inc. and Sedgwick National Appeals Unit, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees.

May 11, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

AGREED AS TO FORM:

s/ Robert A. Florio
Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
Telephone:   502.295.7930
raflorioatty@hotmail.com

Counsel for Plaintiff Marion Bruce


s/Lauren A. Wong
Lauren A. Wong (TN # 028118)
Russell & Oliver, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone:  901.844.4441
Facsimile:  901.844.4435
laurenw@russelloliverlaw.com

Counsel for Defendants Sedgwick Claims Management Services, Inc. and Sedgwick National Appeals Unit